UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

WANDA J. GIBBS                                                                                              PLAINTIFF

VS.                                     Civil No. 2:14-cv-02184-MEF

CAROLYN W. COLVIN,                                                                                    DEFENDANT
Commissioner of Social Security Administration

## JUDGMENT

For reasons stated in the Memorandum Opinion of this date, we hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice.  **The parties have sixty (60) days from entry of the Judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 12th day of August, 2015

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE